# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| REBECCA MITCHELL,<br><br>   Plaintiff,<br><br>v.<br><br>AARON'S, INC.,<br><br>   Defendant. | Case No. 2:18-cv-02351-JPM-cgc |

## **RULE 7.1 DISCLOSURE STATEMENT**

COMES NOW Defendant Aaron's, Inc. ("Aaron's"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and states that it does not have any parent corporation and/or any publicly held corporation owning 10% or more of its stock.

Respectfully submitted this 20th day of July, 2018.

/s/ Donna L. Keeton
Donna L. Keeton (*admitted pro hac vice*)
HALL, ARBERY, GILLIGAN,
ROBERTS & SHANLEVER LLP
3340 Peachtree Road, Suite 1900
Atlanta, GA 30326
Phone: (404) 442-8776
Fax:  (404) 537-5555
Email:  dkeeton@hagrslaw.com

and

Geoffrey A. Lindley (Tenn. Bar No. 021574)
RAINEY KIZER REVIERE & BELL PLC
209 E. Main Street
Jackson, TN 38301
Phone:  (731) 423-2414
Fax:  (731) 426-8150
Email:  glindley@raineykizer.com

*Counsel for Defendant, Aaron's, Inc.*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| REBECCA MITCHELL,<br><br>　　Plaintiff,<br><br>v.<br><br>AARON'S, INC.,<br><br>　　Defendant. | Case No. 2:18-cv-02351-JPM-cgc |

## CERTIFICATE OF SERVICE

　　I certify that, on July 20, 2018, I electronically served a true and correct copy of the foregoing Rule 7.1 Disclosure Statement of Defendant Aaron's, Inc. through the Court's ECF system to Plaintiff's counsel of record:

Laura S. Martin<br>
Harris Shelton Hanover Walsh PLLC<br>
6060 Primacy Parkway, Suite 100<br>
Memphis, TN 38119<br>
lmartin@harrisshelton.com

　　　　　　　　　　　　　　　　　　　　*/s/ Donna L. Keeton*
　　　　　　　　　　　　　　　　　　　　Donna L. Keeton (*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　　　HALL, ARBERY, GILLIGAN,
　　　　　　　　　　　　　　　　　　　　ROBERTS & SHANLEVER LLP