UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

REBECCA MITCHELL,

    Plaintiff,

                                  Case No. 2:18-cv-2351-JPM-cgc

v.

AARON'S, INC,

    Defendant.

---

### STIPULATION OF DISMISSAL WITH PREJUDICE

---

    COME NOW the parties to the above-styled action, by and through their respective undersigned counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and file this stipulation of dismissal with prejudice dismissing all claims and concluding this action in its entirety with prejudice. The parties shall bear their own fees, costs, and expenses.

    Respectfully submitted this _13th_ day of _May_, 2019.

BY: _/s/ Laura S. Martin_
Laura S. Martin (TN Disc. No. 26457)
HARRIS SHELTON HANOVER WALSH, PLLC
6060 Primacy Parkway, Suite 100
Memphis, Tennessee 38119
Phone: (901) 525-1455
Email: lmartin@harrisshelton.com

*Counsel for Plaintiff Rebecca Mitchell*

1

BY: /s/ Donna L. Keeton
Donna L. Keeton (*admitted pro hac vice*)
Georgia Bar No. 006961
HALL, ARBERY, GILLIGAN,
ROBERTS & SHANLEVER LLP
3340 Peachtree Road, Suite 1900
Atlanta, GA 30326
Phone: (404) 442-8776
Fax: (404) 537-5555
Email: dkeeton@hagrslaw.com

and

Geoffrey A. Lindley
Tenn. Bar No. 021574
RAINEY KIZER REVIERE & BELL PLC
209 E. Main Street
Jackson, TN 38301
Phone: (731) 423-2414
Fax: (731) 426-8150
Email: glindley@raineykizer.com

*Counsel for Defendant Aaron's, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2019, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to Counsel for Plaintiff.

        Laura S. Martin
        Harris Shelton Hanover Walsh, PLLC
        6060 Primacy Parkway, Suite 100
        Memphis, TN 38119
        Email: lmartin@harrisshelton.com

/s/ Donna L. Keeton
Donna L. Keeton