# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| REBECCA MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:18-cv-2351-JPM-cgc |
| v. ) | |
| ) | |
| AARON'S INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Before the Court is the parties' Stipulation of Dismissal with Prejudice filed May 13, 2019. (ECF No. 22.) The parties appear to have reached a resolution in this matter. Accordingly, pursuant to the Stipulation of Dismissal and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims between the parties in connection with this matter are hereby DISMISSED WITH PREJUDICE.

**SO ORDERED**, this 13th day of May, 2019.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE