# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| REBECCA MITCHELL, | ) |
| Plaintiff, | ) |
| | ) Case No. 2:18-cv-2351-JPM-cgc |
| v. | ) |
| AARON'S INC., | ) |
| Defendant. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the parties' Stipulation of Dismissal with Prejudice, filed on May 13, 2019 (ECF No. 22), and the Court having entered an Order of Dismissal (ECF No. 23),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is DISMISSED WITH PREJUDICE.

**APPROVED:**

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

May 13, 2019
Date